IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC THOMAS FLORES,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>ON HABEAS CORPUS, et al.,<br><br>　　　　Respondent.<br>_____/ | 1:10-cv-2234-LJO-JLT (HC)<br><br>ORDER DISREGARDING AS MOOT PETITIONER'S MOTION FOR JUDICIAL NOTICE<br><br>(Doc. 12) |

　　　　Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On January 6, 2011, the Court ordered Petitioner to file an amended petition. (Doc. 7). On February 9, 2009, Petitioner filed his first amended petition, in which Petitioner included a claim that had recently been exhausted in state court, i.e., ground four. (Doc. 8). On March 24, 2011, the Court ordered Respondent to file a response to the petition within sixty days. (Doc. 9).

　　　　On April 6, 2011, Petitioner filed the instant request for judicial notice, asking the Court to take judicial notice of the fact that he had exhausted ground four and requesting that the Court require Respondent to address ground four. (Doc. 12). On June 16, 2011, Respondent filed the Answer, which included a response to ground four in the first amended petition. (Doc. 15). On July 15, 2011, Petitioner filed his Traverse. (Doc. 18). The case, including ground four, is now at issue and ready for a decision on the merits. Accordingly, Petitioner's April 6, 2011 motion is

1  moot and will be disregarded.

2      Therefore, it is HEREBY ORDERED that Petitioner's April 6, 2011 motion for an
3  judicial notice (Doc. 12), is DISREGARDED as MOOT.

4

5  IT IS SO ORDERED.

6  Dated:   **October 26, 2011**                                   **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE